UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   06 CR 763 |
| vs. ) | |
| ) | Judge Der-Yeghiayan |
| NORTON HELTON ) | |
| CHARLES WHITE and ) | |
| FELICIA FORD ) | |

## PROTECTIVE ORDER

The government has filed a motion for a protective order. The government's motion is GRANTED, and it is hereby ORDERED as follows:

1. All materials produced by the government in preparation for, or in connection with, any stage of the proceedings in this case, remain the property of the United States. Upon the conclusion of this matter and any appeals thereof, all discovery provided by the United States, including any and all copies made thereof, shall either be destroyed or maintained under secure conditions by defense counsel, unless there is a specific request by the government for the return of those particular documents.

2. All material provided by the United States may be used by the defendants and their counsel solely in connection with the defense of this case and for no other purpose. Discovery materials and the contents thereof shall not be disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, persons assisting in the defense (which may include investigators retained by the defense), persons who are interviewed (such as potential witnesses) or consulted (such as potential experts), or such other categories of persons that defense counsel, in their judgment, deem to be necessary in the investigation of this case and for the preparation of their clients' defense.

3. The restrictions set forth in this order do not apply to documents that are (or become) public record, including but not limited to publically available real estate and bankruptcy records, hearing transcripts, documents that have been received in evidence, or documents that are otherwise properly placed in the public domain. The parties shall take all necessary steps to exclude the disclosure of personal identifying information of witnesses and alleged victims that is not otherwise publically available (*i.e.*, social security numbers, dates of birth, account numbers, etc.) and not to disclose unnecessarily attorney-client communications.

4. Each party reserves all other rights relating to discovery and the production of documents, including the right to petition the Court to construe, modify, or enforce this Order upon proper notice. The Court retains jurisdiction to resolve any disputes regarding this Order.

ENTER:

_____
Samuel Der-Yeghiayan
United States District Judge

Date: 10/15/09